# Court of Appeals of the State of Georgia

ATLANTA,  May 31, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1493. KEVIN BROWN v. SPIVEY JUNCTION STATION, LLC.

In February 2022,  Spivey Junction Station, LLC sued Kevin Brown, seeking to recover amounts owed under a lease agreement. After Brown failed to file an answer or other responsive pleading, the trial court entered default judgment in favor of Spivey Junction Station on June 8, 2022. In August and December 2022, Brown filed motions seeking to set aside the default judgment under OCGA § 9-11-60 (d), arguing that he had never been served with the lawsuit. The trial court denied those motions in orders dated October 20, 2022 and March 24, 2023. Brown filed this direct appeal from the March 24 order. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must come by application for discretionary appeal. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Thus, Brown's failure to comply with the discretionary application procedures set forth in OCGA § 5-6-35 deprives us of jurisdiction over this appeal, which is hereby DISMISSED. *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (compliance with the discretionary appeals procedure is jurisdictional, and failure to comply with that procedure requires dismissal of the appeal).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   05/31/2023          *

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*